**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LINDA J. RANDBY,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA SCHOOL BOARD ASSOCIATION, INC.,<br><br>Defendant. | : | Civil No. 1:25-CV-01980<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 10th day of November, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion to dismiss, Doc. 15, is **DENIED**.

2. A telephonic status conference is **SCHEDULED** in this case for **December 21, 2026, at 9:45 a.m.** The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania